UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:24-CV-347(FL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO RE-ISSUE |
| ) | SUMMONS AND EXTEND |
| MICHAEL FAULKNER and, ) | TIME FOR SERVICE |
| CAPE FEAR TRANSPORTATION, LLC, ) | |
| Defendants. ) | |

Upon consideration of the Motion to Reissue Summons by the United States and for good cause shown,

IT IS HEREBY ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that the summons be, and hereby is, reissued in the above captioned matter.

IT IS FURTHER ORDERED that the United States shall have to and until October 21, 2024, to effectuate service of the complaint and summons in this matter.

SO ORDERED this 25th day of July, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge