UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:24-CV-347(FL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )     DEFAULT JUDGMENT<br>) |
| MICHAEL FAULKNER and,<br>CAPE FEAR TRANSPORTATION, LLC,<br>    Defendants. | )<br>)<br>)<br>) |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named Defendants having failed to appear, plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named Defendants.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, United States of America, having requested judgment against the defaulted Defendants and having filed a proper affidavit, judgment is rendered in favor of the Plaintiff and against the above-named Defendants in the sum of $134,963.49, plus all accrued interest since September 7, 2023 at $11.64 per day, along with costs allowed under 28 U.S.C. § 2412(a)(2) of $405.00, plus any further costs, fees and expenses authorized by statute. Interest thereon after date of entry of this judgment shall be at the rate of 4.19%.

This the *15* day of *January*, 2025.

_____
PETER A. MOORE, JR.
Clerk, U.S. District Court